**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
ANTHONY CRISCUOLO,                                           :
                                                             :
                    Petitioner,                              :   23-CV-02406 (JPC) (OTW)
                                                             :
           -against-                                         :
                                                             :   ORDER
                                                             :
STEPHEN G. BRANDOW,                                          :
                                                             :
                    Respondent.                              :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Petitioner's letter motion request to seal. (ECF 9). Petitioner is directed to file a motion to seal including why redaction of the name and initials of the minor-victim is insufficient. Petitioner's motion to seal is due **May 17, 2023**. Respondent is directed to file a response to the motion to seal by **May 31, 2023**.

**SO ORDERED.**

Dated: May 3, 2023
  New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge