UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ANTHONY CRISCUOLO,

               Petitioner,

         -against-

STEPHEN G. BRANDOW,

              Respondent.
------------------------------------------------------------x

23-CV-02406 (JPC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the letter from Respondent dated July 17, 2023, requesting an extension to file their response. (ECF 18). Counsel for Petitioner is directed to file a response to Respondent's letter by **July 26, 2023**.

**SO ORDERED.**

Dated: July 19, 2023
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge