**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ANTHONY CRISCUOLO,                                :
                                                  :
                    Petitioner,                   :          23-CV-02406 (JPC) (OTW)
                                                  :
                    -against-                     :          **ORDER**
                                                  :
STEPHEN G. BRANDOW,                               :
                                                  :
                    Respondent.                   :
                                                  :
                                                  :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Petitioner's motion to seal and Respondent's letter response.

(ECF Nos. 11 and 15). ECF 11 is **GRANTED**.

The Court is also in receipt of Petitioner's motion to disqualify counsel. (ECF Nos. 22-24).

Petitioner, who is represented by counsel, filed this motion *pro se*. *See* ECF 25 at 1 n.1. ECF 22 is

**DENIED**. *See United States v. Hage*, 74 F.4th 90, 93 (2d Cir. 2023) (holding that a defendant has

"no right to 'hybrid' representation in which he is represented by counsel but supplements his

lawyer's work with selected pro se submissions.") (citation omitted).

ECF Nos. 9 and 18 are **DENIED AS MOOT**.

The Clerk of Court is respectfully directed to close ECF Nos. 9, 11, 18, and 22.


**SO ORDERED.**


                                                  ___*s/ Ona T. Wang*_____
Dated: October 18, 2023                           **Ona T. Wang**
       New York, New York                         United States Magistrate Judge